# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. COMSTOCK,<br>          Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br>          Defendant. | Case No. 2:19-cv-09040-VBF-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: July 15, 2021        /s/ Valerie Baker Fairbank .

                                                             Hon. Valerie Baker Fairbank
                                                          Senior United States District Judge